1 | QUIN DENVIR, Bar #49374
Federal Defender
2 | MARK L. LIZARRAGA, Bar #186240
Assistant Federal Defender
3 | 2300 Tulare Street, Suite 330
Fresno, California 93721-2226
4 | Telephone: (559) 487-5561

5 | Attorney for Defendant
FLORENCIO GOMEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:05-cr-00199 AWI |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE MOTIONS |
| v. | ) | HEARING AND ORDER THEREON |
| | ) | |
| FLORENCIO GOMEZ, | ) | Date: October 3, 2005 |
| | ) | Time: 9:00 a.m. |
| Defendant. | ) | Judge: Hon. Anthony W. Ishii |

It is hereby stipulated by and between the parties hereto that the motions hearing in the above-entitled matter now set for September 26, 2005, may be continued to **October 3, 2005, at 9:00 a.m.**

The reason for this continuance is to allow counsel for defendant time for further defense preparation.

The parties agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and § 3161(h)(8)(B)(i).

///
///
///
///
///

|   |   |
|---|---|
|   | McGREGOR W. SCOTT<br>United States Attorney |
| DATED: September 22, 2005 | By: /s/ Kimberly A. Kelly<br>KIMBERLY A. KELLY<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |
|   | QUIN DENVIR<br>Federal Defender |
| DATED: September 22, 2005 | By:/s/ Mark A. Lizarraga<br>MARK A. LIZARRAGA<br>Assistant Federal Defender<br>Attorney for Defendant<br>FLORENCIO GOMEZ |

**ORDER**

IT IS SO ORDERED.   Time is excluded pursuant to 18 U.S.C. § 3161.  For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

**Dated:   September 24, 2005**            /s/ Anthony W. Ishii
0m8i78                                     UNITED STATES DISTRICT JUDGE