```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2  MARK A. LIZARRAGA, CA Bar #186240
    Assistant Federal Defender
 3  Designated Counsel for Service
    2300 Tulare Street, Suite 330
 4  Fresno, California  93721-2226
    Telephone: (559) 487-5561
 5
    Attorney for Defendant
 6  FLORENCIO GOMEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 1:05-cr-00199 AWI |
|---|---|
| Plaintiff, | ) STIPULATION TO VACATE MOTIONS |
| | ) CALENDAR/HEARING; SET STATUS |
| v. | ) CONFERENCE HEARING; AND ORDER |
| | ) THEREON |
| FLORENCIO GOMEZ, | ) |
| Defendant. | ) Date: October 17, 2005 |
| | ) Time: 9:00 a.m. |
| | ) Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective counsel of record herein, that the motions calendar and the hearing on said motions set for September 26, 2005 are hereby vacated; to be reset by the Court;

**IT IS FURTHER STIPULATED** by and between the parties hereto, and through their respective counsel of record herein, that a Status Conference Hearing be scheduled in this matter for **October 17, 2005 at 9:00 a.m.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///

///

///

///

preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

DATED: September 29, 2005               MCGREGOR W. SCOTT
                                        United States Attorney


                                        By <u>Kimberly A. Kelly</u>
                                        KIMBERLY A. KELLY
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

DATED:  September 29, 2005              QUIN DENVIR
                                        Federal Defender


                                        By <u>/s/ Mark A. Lizárraga</u>
                                        MARK A. LIZÁRRAGA
                                        Assistant Federal Defender
                                        Attorney for Defendant

**O R D E R**

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).


IT IS SO ORDERED.

**Dated:   September 30, 2005**            <u>/s/ **Anthony W. Ishii**</u>
0m8i78                                  UNITED STATES DISTRICT JUDGE

Stipulation to Vacate Motions Schedule/Hearing
Set Status Conference Hearing                     2